■ In the Matter of Brent H. and Others, Infants. Erie County Department of Social Services, Respondent; Michael H., Appellant. [823 NYS2d 740]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered April 3, 2006 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, revoked a suspended judgment and terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Respondent appeals from an order revoking a suspended judgment, terminating his parental rights, and transferring custody and guardianship of his three children to petitioner. "Family Court's finding following an evidentiary hearing that respondent failed to comply with certain conditions of the suspended judgment is supported by a preponderance of the evidence" (*Matter of Krystal M.*, 4 AD3d 764, 764 [2004]; *see Matter of Rebecca F.*, 286 AD2d 985, 986 [2001]).

The court's revocation of the suspended judgment therefore was not an improvident exercise of discretion (*see Krystal M.*, 4 AD3d 764 [2004]; *Rebecca F.*, 286 AD2d at 986; *Matter of La'Quan De'Vota H.*, 259 AD2d 486, 487 [1999]). Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.